UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>K. BREWER, et al.,<br><br>Defendants. | No. 2:21-cv-1413 KJM KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 12, 2021, plaintiff was ordered to file, within thirty days, an in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $52.00 administrative fee. See 28 U.S.C. §§ 1914(a), 1915(a). On September 7, 2021, plaintiff filed a document styled, "Motion to Compel," in which he appears to seek an order requiring prison officials to provide a certified copy of his inmate trust account. However, plaintiff has not filed a signed request to proceed in forma pauperis, which would authorize the court to request a trust account statement. Therefore, plaintiff's motion to compel is denied. Plaintiff is granted one final extension of time in which to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 7) is denied;

1

      2. Plaintiff is granted an additional thirty days in which to submit an application to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $402.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed;

      3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: October 4, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brad1413.36