# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | No. 2:21-cv-1413 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| K. BREWER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On December 7, 2022, the district court ordered plaintiff to pay the court's filing fee in full within thirty days. Plaintiff filed a motion for reconsideration; on January 17, 2023, the district court denied the motion and referred the matter back to the undersigned. In light of the district court's recent order, plaintiff is granted fourteen days to pay the court's filing fee in full. Failure to do so will result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall pay the court's filing fee in full within fourteen days from the date of this order. Failure to do so will result in the dismissal of this action.

Dated: January 20, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brad1413.36

1